UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| ILONA HILDEBRANDT and<br>CHRISTIAN HILDEBRANDT,<br><br>          Plaintiffs,<br><br>v.<br><br>AZIYO BIOLOGICS, INC.,<br>SPINALGRAFT TECHNOLOGIES, LLC,<br>MEDTRONIC SOFAMOR DANEK<br>USA, INC.,  DCI DONOR SERVICES,<br>INC., and NEW MEXICO DONOR<br>SERVICES<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:21-cv-12708-SDK-APP<br><br><br>District Judge Shalina D. Kumar |

## STIPULATION AND ORDER REGARDING EXTENSION OF SCHEDULING ORDER DEADLINES

Now Come the Parties jointly, by and through their undersigned counsel, and hereby stipulate and agree, subject to Court approval, that the below case management order deadline be extended as set-forth herein and in support thereof state as follows:

1. The parties stipulated to extend deadlines most recently on December 19, 2024 (ECF 66). Since that time, Plaintiffs and Defendants have been working together to complete expert witness discovery and schedule a settlement conference before the Court. Due to the dates expert witnesses have available for deposition, this extension is necessary. This case is consolidated with *Diane Parron v. Aziyo*

*Biologics, Inc. et al.* (Case No. 2:22-CV-10522-SDK-APP) for purposes of discovery, therefore the same stipulation is being submitted in that case.

2. Accordingly, the parties agree and stipulate, subject to court approval that the deadline set forth in the Scheduling Orders and Stipulation previously entered by this Court (ECF 66) are extended as follows.

| EVENT | PLAINTIFFS' DEADLINES | DEFENDANTS' DEADLINES |
|---|---|---|
| Deadline for completing discovery | **May 2, 2025** ~~February 7, 2025~~ | **May 2, 2025** ~~February 7, 2025~~ |
| Deadline for dispositive motions | **June 13, 2025** ~~February 21, 2025~~ | **June 13, 2025** ~~February 21, 2025~~ |

WHEREFORE, the parties agree and stipulate that the deadline set forth in the Scheduling Order and Stipulation (ECF 66) are hereby extended as outlined herein.

SO ORDERED.

Date: February 10, 2025

s/Shalina D. Kumar
Hon. Shalina D. Kumar
United States District Judge

Dated: February 10, 2025

**STIPULATED AND AGREED:**

| | |
|---|---|
| **VEN JOHNSON LAW, PLC** | **BOWMAN AND BROOKE LLP** |
| /s/ *Kanwarpreet S. Khahra* | /s/ *Jessica R. Garrity* |
| KANWARPREET S. KHAHRA (P80253) | JESSICA R. GARRITY |
| VEN R. JOHNSON (P39219) | MICHELLE A. LESTER |
| PAUL DOHERTY | 150 South Fifth Street, Suite 3000 |
| 535 Griswold St., Ste. 2600 | Minneapolis, MN  55402 |
| Detroit, MI 48226 | (612) 672-3206 |
| Ph: 313-324-8300; (313) 324-8301 fax | jessica.garrity@bowmanandbrooke.com |
| kkhahra@venjohnsonlaw.com | michelle.lester@bowmanandbrooke.com |

*Attorneys for Plaintiffs*

JEFFREY GORCYCA (P48867)
101 W. Big Beaver Rd., Suite 1100
Troy, MI  48084
(248) 205-3300
jeffrey.gorcyca@bowmanandbrooke.com

**KITCH ATTORNEYS & COUNSELORS, PC**

/s/ *Christina A. Ginter*
CHRISTINA A. GINTER (P54818)
1 Woodward Avenue, Ste. 2400
Detroit, MI  48226-5485
(313) 965-7841
christina.ginter@kitch.com

*Attorneys for Defendant Aziyo Biologics Inc.*

*Attorneys for Defendants DCI Donor Services, Inc. and New Mexico Donor Services*